# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**278**
**CA 15-00760**
PRESENT: WHALEN, P.J., CENTRA, CARNI, DEJOSEPH, AND TROUTMAN, JJ.

---

SHARON JORDAN-PARKER AND CLARK PARKER,
PLAINTIFFS-APPELLANTS,

V                                             MEMORANDUM AND ORDER

CITY OF BUFFALO, ET AL., DEFENDANTS,
AND DIDONATO ASSOCIATES, P.E., P.C.,
DEFENDANT-RESPONDENT.
(APPEAL NO. 2.)

---

LAW OFFICES OF EUGENE C. TENNEY, PLLC, BUFFALO (NATHAN C. DOCTOR OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.

SUGARMAN LAW FIRM, LLP, SYRACUSE (JENNA W. KLUCSIK OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered March 9, 2015. The order granted the motion of defendant DiDonato Associates, P.E., P.C., for summary judgment.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Jordan-Parker v City of Buffalo* ([appeal No. 1] ___ AD3d ___ [Mar. 25, 2016]).

Entered:  March 25, 2016                        Frances E. Cafarell
                                                Clerk of the Court